UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRIGUEZ JACKSON,

        Plaintiff,                         CASE NO. 09-11928

v.                                       PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

NICK J. LUDWICK, WARDEN

        Defendant.
_____/

**ORDER REQUIRING RESPONDENT'S ATTORNEY, THE MICHIGAN ATTORNEY GENERAL TO PROVIDE THE COURT WITH A COPY OF THE TRIAL TRANSCRIPT AND RECORD BEGINNING WITH PAGE 660 THROUGH THE END OF THE TRANSCRIPT AND RECORD ENCOMPASSING THE VERDICT AND POST-VERDICT PROCEEDINGS ON THE DAY OF THE VERDICT TO ASSIST THE COURT IN PREPARATION FOR RESPONDENT'S <u>MOTION TO VACATE GRANT OF EVIDENTIARY HEARING</u>**

      Respondent's Brief cites various pages of the trial transcript in support of its Motion:

           P. 7 Tx, Vol. V      672-673
                                    673-674
                                    678-680
                                    679-679
                                    680-682
                                    688

      To permit the Court to properly address Respondent's Motion, the Court, in the interest of completeness, Orders Respondent to provide the Court with a copy of all pages of the Trial Transcript and the Court Record from page 660 through the date of the verdict, including the verdict and post-verdict proceedings on that verdict date.

1

Please provide these transcript pages to the Court by Monday, July 11, 2011.

SO ORDERED.

DATED: 7-6-11

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE